

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

2016 JAN 27 P 3: 49

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Hypnos Limited )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:16cv84
Hypnos Hoodie, Mr. Josh Woodle, Mr. Ryne Woodle, )
Ms. Emily Steinfeld, and John Does 1-10 )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hypnos Hoodie
c/o Mr. Josh Woodle
3808 Tracy Street
Los Angeles, California 90027-4610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ms. Brandi Brenner
Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2016 JAN 27 P 3: 49

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Hypnos Limited )
)
)
)

*Plaintiff(s)*

v.   Civil Action No. 1:16cv84

Hypnos Hoodie, Mr. Josh Woodle, Mr. Ryne Woodle,
Ms. Emily Steinfeld, and John Does 1-10

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Josh Woodle
3808 Tracy Street
Los Angeles, California 90027-4610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ms. Brandi Brenner
Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

SPS
RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ☑

2016 JAN 27 P 3: 50

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Hypnos Limited ) | |
| ) | |
| ) | |
| ) | |
| _Plaintiff(s)_ ) | Civil Action No. 1:16cv84 |
| v. ) | |
| Hypnos Hoodie, Mr. Josh Woodle, Mr. Ryne Woodle, ) | |
| Ms. Emily Steinfeld, and John Does 1-10 ) | |
| ) | |
| ) | |
| _Defendant(s)_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Mr. Ryne Woodle
c/o Mr. Josh Woodle
3808 Tracy Street
Los Angeles, California 90027-4610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ms. Brandi Brenner
Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 JAN 27 P 3: 50

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Hypnos Limited | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16 cv 84 |
| Hypnos Hoodie, Mr. Josh Woodle, Mr. Ryne Woodle, Ms. Emily Steinfeld, and John Does 1-10 | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ms. Emily Steinfeld
2217 3/4 Berkley Avenue
Los Angeles, California 90026-2490

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ms. Brandi Brenner
Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*